UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STANTON THOMPSON,
    Plaintiff,

vs.          No. 10-1218

MELODY J. FORD, et.al.,
    Defendants.

## ORDER OF DISMISSAL

On July 8, 2010, the court reminded the plaintiff that he had accumulated three strikes pursuant to 28 U.S.C. §1915(g).[1]  This statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

The court informed the plaintiff that his complaint did not meet the imminent danger exception. Therefore, he was instructed to pay the full $350 filing fee within seven days or his case would be dismissed. The plaintiff has failed to pay the fee.

The plaintiff is admonished that in any future litigation concerning prison conditions in which he does not pay the filing fee, the plaintiff must inform the court of his three strikes status pursuant to §1915(g). "An effort to bamboozle the court by seeking permission to proceed in forma pauperis after a federal judge has held that §1915(g) applies to a particular litigant will lead to immediate termination of the suit." *Sloan v. Lesza*. 181 F.3d 857, 859 (7th Cir. 1999)

The plaintiff is also admonished that if he continues to file multiple lawsuits repeating allegations, he could face sanctions up to and including an order that all papers he tenders to the clerk of the court be returned unfiled until he pays all outstanding fees in all civil actions he has filed. *See Support Systems International, Inc. v. Mack,* 45 F.3d 185 (7th Cir. 1995).

**IT IS THEREFORE ORDERED** that:

---

[1] See *Thompson v Reed,* Case No. 10-1182; *Thompson v Quinn,* Case No. 10-1082 and *Thompson v Quinn,* Case No. 10-1101 in the Central District of Illinois; and *Thompson v Bui,* Case No. 10-3134 in the Northern District of Illinois.

**1) The plaintiff's case is dismissed, without prejudice, for failure to pay the filing fee. All pending motions are denied as moot. [d/e 3]**

**2) In any future litigation concerning prison conditions in which the plaintiff does not pay the filing fee in full, the plaintiff must inform the court of his three strikes status pursuant to §1915(g).**

Enter this 23rd Day of July 2010.

/s/Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE